HERMAN J. SINGLE, Respondent, *v.* EDWARD S. WHITMORE, JR., Appellant.

Submitted June 1, 1954; decided June 4, 1954.

*Ralph J. Balducci* for motion.

*Lawrence M. Rulison* opposed.

Motion denied unless the return be filed, three printed copies of the case be served upon respondent's attorney and appellant pays $10 costs within twenty days of the date of this order, in which events motion granted.